DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YU XIAOHOU,<br><br>            Plaintiff,<br><br>   v.<br><br>KENNETH T. CUCCINELLI, Acting Director U.S. Citizenship and Immigration Services, et al.,<br><br>            Defendants. | C 20-01603 TSH<br><br>**PARTIES' STIPULATION TO DISMISS** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's I-829 petition.

///

///

///

Parties' Stip to Dismiss
C 20-01603 TSH                                                   1

1  Each of the parties shall bear their own costs and fees.

2  Date: August 26, 2020                    Respectfully submitted,

3                                            DAVID L. ANDERSON
                                             United States Attorney
4

5                                            _____/s/_____
                                             SARA WINSLOW
6                                            Assistant United States Attorney
                                             Attorneys for Defendants
7

8
   Dated: August 26, 2020
9                                            _____/s/_____
                                             ERIC MARTIN
10                                           Attorney for Plaintiff

11

12                          **[PROPOSED] ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14

15 Date: August 26, 2020

16                                           THOMAS S. HIXSON
                                             United States Magistrate Judge
17

Parties' Stip to Dismiss
C 20-01603 TSH                               2